### 19953.   JOHNSON *v.* THE STATE.

BLOODWORTH, J.   The evidence in this case, though circumstantial, is consistent with the hypothesis of guilt and is sufficient to exclude every other reasonable hypothesis save that of the guilt of the accused. The court did not err in refusing to sanction the certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 12, 1929.

*R. C. Jenkins,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.